HARNED v. NASH *et al.*

No. 5366.   Opinion Filed February 10, 1914.

(138 Pac. 1196.)

*Error from Superior Court, Oklahoma County;*
*Edward D. Oldfield, Judge.*

Action between Lee Harned and Joseph Nash and Mary E. Nash, with A. L. Hilprit and J. T. Walter impleaded.   From the judgment, Harned brings error.   Dismissed.

*Philip E. Winter,* for plaintiff in error.

*Harris & Nowlin,* for impleaded defendants in error.

KANE, J.   This cause comes on to be heard upon the motion to dismiss filed by the defendants in error upon the grounds, among others, that:

"The purported final order and judgment of the court from which this appeal is attempted to be taken was made and entered

on the 29th day of May, 1913, and that no præcipe for a summons in error was ever filed or issued by this court in said cause within six months from said date; that no summons in error was ever issued or served upon these defendants or upon any of the defendants in error in said action, nor has there ever been any waiver of such service of said summons in error or general appearance entered, made, or filed by any of said defendants in error in said action, and that more than six months have elapsed since the date of the alleged final order or judgment from which this purported appeal is taken."

The foregoing grounds are sufficient to sustain the motion to dismiss. The motion to dismiss is sustained.

All the Justices concur.